CLARENCE N. MARTIN et al., Appellants, *v.* NINA S. MILLER, Defendant, and JAMES O. SEBRING, Respondent.

(Argued March 6, 1935; decided March 20, 1935.)

*W. Earle Costello* for appellants.

*James O. Sebring* respondent in person.

Order affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.